ANNE M. BEVINGTON (SBN 111320)
SHAAMINI A. BABU (SBN 230704)
ANJULI M. CARGAIN (SBN 270546)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: abevington@sjlawcorp.com
       sbabu@sjlawcorp.com
       acargain@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS; RICHARD PIOMBO and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>CLYDE WHEELER PIPELINE, INC., CLYDE WHEELER an Individual and Trustee of the WHEELER REVOCABLE TRUST DATED SEPTEMBER 28, 1994, MICHAEL WHEELER CONSTRUCTION, INC.; and DOES 1-10,<br><br>Defendants. | Case No.: CV 16-02339-JCS<br>_____<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED by and between Defendants Clyde Wheeler Pipeline, Inc., Clyde Wheeler, an individual and trustee of the Wheeler Revocable Trust dated September 28, 1994, and Michael Wheeler Construction, Inc., and Plaintiffs Pension Plan for Pension Trust Fund for Operating Engineers, and Richard Piombo and Russell E. Burns, as Trustees, through their attorneys of record, Raimondo & Associates, and Saltzman & Johnson Law Corporation, that Defendants' time within which to answer or otherwise respond to Plaintiffs' Complaint is extended from June 7, 2016, until June 10, 2016.

Plaintiffs filed a Complaint in this action on April 29, 2016. (Docket No. 1). Defendants were served on May 17, 2016. (Docket Nos. 5-11). On June 8, 2016, Plaintiffs' counsel was

informed that Defendants' have retained Raimondo & Associates to represent them in this matter, and that an extension of time to Answer the complaint until June 10, 2016, was needed. This extension constitutes the first extension of time of Defendants to file an Answer to the Complaint. This change shall not alter the date of any conference set by the Court nor will it affect the meet and confer and initial disclosure schedule.

Dated: June 9, 2016                SALTZMAN & JOHNSON LAW CORPORATION
                                   By: __/s/_____
                                   Anjuli M. Cargain, Esq.
                                   Attorney for Plaintiffs

Dated: June 9, 2016                RAIMONDO & ASSOCIATES
                                   By: __/s/_____
                                   Anthony Raimondo, Esq.
                                   Attorney for Defendants

Dated: 6/10/16

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA